UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD, CONNECTICUT

LEROY GRANT

V.                                                          MARCH 26, 2010

LIEN FACTORS, LLC
BENJAMIN MORRIS
BOB GARAMELL

## Conspire To Violate My Civil Rights

I Leroy Grant, have live at 17 Plainfield Street in Hartford for over forty years living with disability.

Dorothy Grant, own half of the premises but does not live at the premises

Lien Factors, acquire half of the premises on a foreclosure 3-10-2009. I have live alone at the premises 7 years.

The owners have put the property up for sale. I inform the owners as caretaker I have paid for repair and renovation to the property and has caretaker I would like to be paid for years of service to the property.

That is when the harassment and intimidation started, for over several months and Notice To Quit Possession.

Lien Factors, Benjamin Morris, and Bob Garamell, conspire to injure, oppress and threaten me Leroy Grant, to get me out of the premises

(A) Benjamin Morris, inform me Leroy Grant, that my life style and my disability hinder or not helping with the sale of the property.

(B) Lien Factors, inform C.L.P that they own the property and that Leroy Grant, did not reside at the premises any more and to shut the electricity off.

①

(C) Bob Garamell, replace the oil tank in the basement, and did not connect the pipes and did not install a whistle in the tank. (11-09)
This was done were no oil could be deliver to heat the premises.
Brothers Oil company 480 School Street East Hartford, Connecticut 06108 came to deliver oil twice they could not. (12-09 and 01-2010.)
Ted, the oil man inspected the tank and Amaia Spears, the real estate professional inspected the tank.

    Lien Factors, Benjamin Morris and Bob Garamell
    has violated my civil rights
    Title 18, U.S.C., Section 241
    Conspiracy against rights

(D) Lien Factors, Bob Garamell, threaten me with force to remove me from the premises and inform me Leroy Grant, that I did not pay any rent and that I got it to good.

    Lien Factors, Bob Garamell
    has violated my civil rights
    Title 18, U.S.C., Section 245
    Federally Protected Activities

(E) Lien Factors, Benjamin Morris and Bob Garamell, has intimidate me Leroy Grant has was stated to me by Mr. Morris, we own the property and we could do what ever we want with it and to who ever live in it.

I inform Lien Factors, Mr. Morris, you only own half of the premises

      Lien Factors, Benjamin Morris, Bob Garamell

      has violated my civil rights

      Title 42, U.S.C., Section 3631

      criminal interference with right to fair housing

I hope and pray the United States District Court will hear my case

| | |
|---|---|
| Leroy Grant | Lien Factors, LLC |
| 17 Plainfield St | Benjamin Morris |
| Hartford, CT 06112 | Bob Garamell |
| (860) 249-6086 | 2834 Old Dixwell Ave |
| | Hamden, CT 06518 |

Respectfully,
Leroy Grant